# THE KRON LAW FIRM
## COUNSELORS AT LAW

1123 Avenue Z
Brooklyn, New York 11235
Telephone: (347) 493-7068
Facsimile: (718) 697-7479
Email: sbk6859@gmail.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/06/2023

Date: July 6, 2023

<u>ATTN:</u> Molly Gupta
Law Clerk to the Honorable Valerie Caproni
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

**Re: 23-cv-3902 Hand v. Traders Domain FX Ltd: Overdue Filing/Adjournment Request**

Dear Honorable Court:

    I, Simon Kabzan, Esq., represent Mr. Hand in the above-captioned case. Unfortunately, we have been unable to serve the Defendant to date and are actively pursuing the completion of service at this time. As a result, we have been unable to file joint pretrial conference submissions as required by the Court.

    Based on the foregoing, coupled with a scheduled appearance that I have before the Civil Court, Kings County tomorrow, I respectfully request the Court to grant a reasonable adjournment for us to appear. This will most importantly permit us to complete service and submit all necessary pretrial conference submissions to the Court in advance. Thank you kindly for your consideration of this matter.

Sincerely,

By: _____
Simon Kabzan, Esq.
The Kron Law Firm
1123 Avenue Z
Brooklyn, NY 11235
T. (347) 493-7068

As noted in the Court's Order at Dkt. 3, Plaintiff is expected to serve the Defendant promptly.  That same order required the parties to submit a joint letter and proposed case management plan by June 29, 2023. Pursuant to Rule 2(C) of the Undersigned's Individual Practices, any extension or adjournment requests must be made at least 48 hours before the original date and propose alternative dates.  Plaintiff's adjournment request was filed one week after the pre-conference submissions were due and less than 24 hours prior to the initial pretrial conference, without proposed alternative dates.  Plaintiff's counsel is admonished to be more careful in complying with the Undersigned's orders and individual practices moving forward; future adjournment or extension requests made in violation of the Undersigned's individual practices may be denied on that basis alone.

The initial pretrial conference is ADJOURNED to **Friday, August 25, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' pre-conference submissions, as described at Dkt. 3, are due by **August 17, 2023**.

SO ORDERED.

07/06/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE